WILLIAM FARNUM *v.* COMMISSIONER OF CORRECTION

The petitioner William Farnum's petition for certification for appeal from the Appellate Court, 118 Conn. App. 670 (AC 28966), is denied.

*Gennaro Bizzarro,* special public defender, in support of the petition.

*Richard K. Greenalch, Jr.*, special deputy assistant state's attorney, in opposition.

Decided February 17, 2010